BRIAN E. WASHINGTON, COUNTY COUNSEL
Edward F. Sears, Deputy County Counsel (SBN 297775)
Jacy C. Dardine, Deputy County Counsel (SBN 278322)
OFFICE OF THE COUNTY COUNSEL
COUNTY OF MARIN
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 473-6117
Fax: (415) 473-3796
ned.sears@marincounty.gov
jacy.dardine@marincounty.gov

Attorneys for Defendants
CITY OF NOVATO, COUNTY OF MARIN,
and KENNETH ANDERSON

LAW OFFICES OF TERENCE RAYNER
Terence Rayner (SBN 58089)
300 Arroyo, PO Box 85
Lagunitas, CA 94938
Tel.: (415) 498-9116
terryrayner@comcast.net

Attorneys for Plaintiff
JOHNNY WILLIAMS DA SILVA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY WILLIAMS DA SILVA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF MARIN, et al.,<br><br>　　　　Defendants. | Case No.: 3:25-cv-08778-CRB<br><br>**STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE FOR MOTION TO DISMISS PURSUANT TO L.R. 6-2; [~~PROPOSED~~] ORDER**<br><br>Complaint Filed: July 14, 2025<br>FAC Filed: February 23, 2026<br>Trial Date: None Set |

STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE FOR MOTION TO DISMISS
3:25-cv-08778-CRB

Pursuant to Civil Local Rule 6-2, the parties, plaintiff Johnny Williams da Silva ("plaintiff") and defendants City of Novato, County of Marin, and Kenneth Anderson ("Defendants"), by and through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, Defendants filed a Motion to Dismiss pursuant to FRCP 12(b)(6) ("Motion") on March 27, 2026 (*See* ECF Nos. 21, 23);

WHEREAS, plaintiff's opposition to the Motion is currently due on April 15, 2026 and Defendants' reply is due on April 22, 2026 (*See* ECF No. 23);

WHEREAS, the parties believe that a 21-day continuance of these deadlines will allow them to engage in meaningful settlement discussions without incurring the time and expense associated with further motion practice;

WHEREAS, the parties have cooperated in good faith and agree that the requested relief will not result in undue prejudice to any party, will preserve judicial resources, and may facilitate resolution of this matter; and

WHEREAS, the parties have therefore agreed to extend the time for plaintiff to file an opposition and for Defendants to file a reply;

NOW, THEREFORE, IT IS HEREBY STIPULATED that good cause exists for the Court to modify the briefing schedule as follows:

1. Plaintiff's Opposition to Defendants' Motion to Dismiss shall be due on or before May 6, 2026;

2. Defendants' Reply in support of their Motion shall be due on or before May 13, 2026; and

3. The hearing on the Motion to Dismiss shall be continued to a date set by the Court.

//
//
//
//
//
//

STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE FOR MOTION TO DISMISS
3:25-cv-08778-CRB

IT IS SO STIPULATED.


Dated: April 10, 2026                    OFFICE OF THE COUNTY COUNSEL
                                         COUNTY OF MARIN



                                         By:  /s/ Edward F. Sears
                                             Edward F. Sears
                                             Jacy C. Dardine
                                             Attorneys for Defendants
                                             CITY OF NOVATO, COUNTY OF
                                             MARIN, and KENNETH ANDERSON



Dated: April 10, 2026                    LAW OFFICES OF TERENCE RAYNER



                                         By:  /s/ Terence Rayner
                                             Terence Rayner
                                             Attorney for Plaintiff
                                             JOHNNY WILLIAMS DA SILVA




                                Signature Attestation

        Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document, Edward F. Sears, hereby attests that the concurrence of the filing of this document has been obtained from all signatories.

STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE FOR MOTION TO DISMISS
3:25-cv-08778-CRB

**[PROPOSED] ORDER**

The Court, having considered the parties' stipulated request and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1.    Plaintiff's opposition to Defendants' Motion to Dismiss shall be due on or before May 6, 2026;

2.    Defendants' reply shall be due on or before May 13, 2026; and

3.    The hearing on the Motion to Dismiss shall be continued to  June 26, 2026 at 10:00 a.m. by videoconference.

IT IS SO ORDERED.


Dated:  April 15, 2026

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE FOR MOTION TO DISMISS
3:25-cv-08778-CRB