BRIAN E. WASHINGTON, COUNTY COUNSEL
Edward F. Sears, Deputy County Counsel (SBN 297775)
Jacy C. Dardine, Deputy County Counsel (SBN 278322)
OFFICE OF THE COUNTY COUNSEL
COUNTY OF MARIN
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 473-6117
Fax: (415) 473-3796
ned.sears@marincounty.gov
jacy.dardine@marincounty.gov

Attorneys for Defendants
CITY OF NOVATO, COUNTY OF MARIN,
and KENNETH ANDERSON

LAW OFFICES OF TERENCE RAYNER
Terence Rayner (SBN 58089)
300 Arroyo, PO Box 85
Lagunitas, CA 94938
Tel.: (415) 498-9116
terryrayner@comcast.net

Attorneys for Plaintiff
JOHNNY WILLIAMS DA SILVA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOHNNY WILLIAMS DA SILVA,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF MARIN, et al.,<br><br>    Defendants. | Case No.: 3:25-cv-08778-CRB<br><br>**SECOND STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE FOR MOTION TO DISMISS PURSUANT TO L.R. 6-2; [~~PROPOSED~~] ORDER**<br><br>Complaint Filed:  July 14, 2025<br>FAC Filed:      February 23, 2026<br>Trial Date:      None Set |

SECOND STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE FOR MOTION TO DISMISS
3:25-cv-08778-CRB

Pursuant to Civil Local Rule 6-2, the parties, plaintiff Johnny Williams da Silva ("Plaintiff") and defendants City of Novato, County of Marin, and Kenneth Anderson ("Defendants"), by and through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, Defendants filed a Motion to Dismiss pursuant to FRCP 12(b)(6) ("Motion") on March 27, 2026 (*See* ECF Nos. 21, 23);

WHEREAS, pursuant to the stipulation of the parties, the Court previously continued Plaintiff's opposition deadline to May 6, 2026, Defendants' reply deadline to April 22, 2026, and continued the hearing on the Motion to Dismiss to June 26, 2026 (*See* ECF No. 25);

WHEREAS, counsel for Plaintiff, Terence Rayner, became ill on April l7, 2026 and was admitted to Marin Health Hospital in Greenbrae, California on April 21, 2026 and discharged on April 23, 2026, with a primary diagnosis of a staph infection in his blood.  Upon discharge, he was ordered to remain on home rest until he saw his treating physician, Dr. Colin Hamblin, on May 5, 2026;

WHEREAS, as result of his hospitalization and subsequent recovery period, Plaintiff's attorney has been unable to prepare a timely opposition to Defendants' Motion to Dismiss;

WHEREAS, the parties have therefore agreed to extend the time for Plaintiff to file an opposition and for Defendants to file a reply;

WHEREAS, the parties believe that this additional continuance will allow them to continue to engage in meaningful settlement discussions without incurring the time and expense associated with further motion practice;

WHEREAS, the parties have cooperated in good faith and agree that the requested relief will not result in undue prejudice to any party, will preserve judicial resources, and may facilitate resolution of this matter;

NOW, THEREFORE, IT IS HEREBY STIPULATED that good cause exists for the Court to modify the briefing schedule as follows:

1.	Plaintiff's Opposition to Defendants' Motion to Dismiss shall be due on or before May 27, 2026; and

2.	Defendants' Reply in support of their Motion shall be due on or before June 3, 2026.

/ /

SECOND STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE FOR MOTION TO DISMISS
3:25-cv-08778-CRB

IT IS SO STIPULATED.


Dated: May 6, 2026                    OFFICE OF THE COUNTY COUNSEL
                                      COUNTY OF MARIN



                                      By:  /s/ Edward F. Sears
                                          Edward F. Sears
                                          Jacy C. Dardine
                                          Attorneys for Defendants
                                          CITY OF NOVATO, COUNTY OF
                                          MARIN, and KENNETH ANDERSON



Dated: May 6, 2026                    LAW OFFICES OF TERENCE RAYNER



                                      By:  /s/ Terence Rayner
                                          Terence Rayner
                                          Attorney for Plaintiff
                                          JOHNNY WILLIAMS DA SILVA



                              Signature Attestation

     Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document, Edward F. Sears, hereby attests that the concurrence of the filing of this document has been obtained from all signatories.

SECOND STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE FOR MOTION TO DISMISS
3:25-cv-08778-CRB

# [~~PROPOSED~~] ORDER

The Court, having considered the parties' stipulated request and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1.      Plaintiff's opposition to Defendants' Motion to Dismiss shall be due on or before May 27, 2026; and

2.      Defendants' reply shall be due on or before June 3, 2026.

IT IS SO ORDERED.

Dated:   May 7, 2026

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

SECOND STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE FOR MOTION TO DISMISS
3:25-cv-08778-CRB